IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIAM O. COX, | : |
| Plaintiff, | : |
| VS. | : CIVIL No. 5:14-CV-8-MTT |
| UNKNOWN DEFENDANT, | : PROCEEDINGS UNDER 42 U.S.C. § 1983 |
| Defendant. | : |

### O R D E R

Plaintiff William Cox filed a complaint pursuant to 42 U.S.C. § 1983. (Doc. 1.) On March 19, 2014, Plaintiff was **ORDERED** to show cause why his complaint should not be dismissed for his failure to comply with the Court's October 21, 2013, Order to file his trust account statement along with a supplement to his complaint. (Docs. 7, 10.) Plaintiff was notified that failure to comply with the Court's order would result in an immediate dismissal of his Complaint. To date, no response has been filed by Plaintiff, and the time for filing said response has ended. All mail sent to Plaintiff at his last known address has been returned to the Court as undeliverable and marked as "Not in Jail." (Docs. 9, 11, 12.)

WHEREFORE, Plaintiff's case is hereby **DISMISSED** without prejudice for his failure to comply with the Court's Order.

SO ORDERED, this 30th day of April, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lws